■ E.C.T. LEASING, INC., Respondent, v GEN TRANS CORP., Appellant, et al., Defendant.—In an action to recover for damages to property, the appeal is from a judgment of the Supreme Court, Nassau County (Wager, J.), dated July 27, 1984, in favor of plaintiff and against appellant in the principal sum of $9,900.

Judgment affirmed, with costs (see, Hartshorn v Chaddock, 135 NY 116, 123; Jenkins v Etlinger, 55 NY2d 35; Parilli v Brooklyn City R. R., 236 App Div 577). Mangano, J. P., Bracken, Niehoff and Eiber, JJ., concur.

■ MARYSE GARCON, Respondent, v PETER GIRARD, Appellant.—In an automobile negligence action to recover damages for personal injuries, etc., defendant appeals from an order of the Supreme Court, Queens County (Durante, J.), dated November 5, 1984, which denied his motion for partial summary judgment dismissing plaintiff's personal injury cause of action.

Order reversed, on the law, with costs, motion granted and plaintiff's first cause of action dismissed.

In opposition to defendant's motion for partial summary judgment, plaintiff failed to submit an affidavit from her treating physician setting forth the injuries that she sustained and the course of treatment he rendered (see, Lopez v Senatore, 65 NY2d 1017, 1020). All she presented was a form completed by her treating physician three years earlier in connection with no-fault benefits. Noticeably absent were her affidavit and the affidavit of a physician attesting to her present physical condition. Accordingly, partial summary judgment is granted to the defendant (see, Spangenberg v Dombrowski, 114 AD2d 497). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.